IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ERIC R. LEON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|  v. | )   1:06cv979 |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |

ORDER

The above-captioned civil action was filed against the Commissioner of Social Security in his or her official capacity only. In 2006 that Commissioner was Jo Anne B. Barnhart. Because Michael J. Astrue has been confirmed as the new Commissioner, it is hereby

ORDERED that this civil action be recaptioned to reflect the proper name of the Commissioner and that all further pleadings in this civil action be captioned as above.

The Clerk is directed to correct the docket and forward copies of this Order to counsel of record.

Entered this 6th day of March, 2007.

/s/
Leonie M. Brinkema
United States District Judge

Alexandria, Virginia